497 A.2d 1331

**Wendell McKISSICK**

v.

**LAUREL SCHOOL BOARD, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 19, 1985.

Decided Oct. 3, 1985.

John R. Seltzer, New Castle, for appellant.

Alfred W. Babb, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

FLAHERTY, J., did not participate in the consideration or decision of this case.

## JUDGMENT

ON CONSIDERATION WHEREOF, it is now here ordered and adjudged by this Court that the appeal be, and the same is, hereby dismissed as having been improvidently granted.